# EXHIBIT J




in recruiting other physicians will be helpful. With regard to jurisdictional concerns, for many states outside of California (where Andrist resides and we therefore have jurisdiction), as part of personal jurisdiction there exists what is known as "sufficient contacts" meaning that Andrist's website has involved the names of enough people in a given state that the courts will grant us jurisdiction within that state. "Long-arm statutes" - from each state control personal jurisdiction - and we understand many of them. Next, we will need to address statute of limitations issues. For our cases, the controlling rule will be what is known as "the discovery rule" - and each state has its own version of this legal principle.

Overall, the objective is to file in as many different states as we can, for a few reasons. First, this increases our chances of a favorable decision. With paper in hand from a single victory, we will be able to compel Andrist to remove the site permanently. Second, it forces Andrist to defend before each venue. If he fails to defend, we will likely be handed a default judgment. This may include a judgment on his property which we will turn into a lien.

*Andrist's website continues to be extremely damaging because - despite the fact that my case and charges were dismissed - the terrible light that I am presented in on Andrist's' site is perpetual. I've written to Andrist (on his site - while he remains hidden). He has refused to help. He has no sense of even-handedness. This will likely be his demise. Even-handedness is characteristic of news agencies and others who are in the cross-hairs of internet privacy.*

*He doesn't care that my children are shamed by his depictions. He is clearly driven by hatred and scorn. I do need more of you to sign up. The more people involved, the better chance of a favorable outcome. Again, we will file multiple cases in as many states as we can. We only need one win - one declaratory judgment and we can shut down his site. I will not stop until we get a court order and lien on his property. I've done considerable work on this case. I have a full background on Andrist as well as his boyfriend, Rizzo. Some of it is damning. I am fully acquainted with the controlling internet-privacy cases - in California and much of the country. We stand a reasonable likelihood of prevailing. One thing is certain - Andrist no longer can hide. Whatever his misplaced motivation is to harm us - he will be stopped. Make no mistake - I am a recovering alcoholic - and have done all that I possibly could do to get healthy. I am a person of honor and dignity. I love my profession and try to do good by my patients and employees. Even if my outcome is settled, once I committed, I will take this case to the end. That is my absolute pledge. My priority is to take down the site. Once this is accomplished, I fully intend to take matters to civil litigation. There is only one certain way to stop Andrist - by pursuing a legal remedy. Andrist's single accomplishment (as you will read) is his misplaced claim "to educate." If he were genuinely credible, he would not hide. As a so-called "advocate" he is granted the occasional brief television interview. Typically, he can be seen speaking in a condescending manner before the California licensure board - and strutting out of the meeting with righteous*

"with my partner, I founded the Musical Theatre Guild ..."
Andrist wrote a children's book on bullying - suggesting that he was bullied (and is now directing his hatred towards us. In addition, his book is extremely poorly written.
andristrizzzo@aol.com (notice - married name?)
SSN: 546-11-xxxx (I am not publishing full SSN).
Andrist birthday: July 1962
Previous Addresses: 144 Valley ST. Burbank; 317 N. Lilac Ave, Rialto
Mother: Evelyn Virginia Andrist (Eric claims her to be a victim of medical malpractice). DOB: 12/1920; Date of Death: 10/24/2003. Age of death 82.
Father: Earl Wayne Andrist DOB: 2/19/24

Various phone numbers: 818 732-1962 (landline, Bandwidth.com); 818.769-5010 (landline AT&T);

Current Address: 12155 Morrison Street, Valley Village, CA 91607 (valued at approximately $1,000,000, but with multiple liens - recently created by his boyfriend; $250k on 2/20/10 and $209k on 9/11/15. Note that there have been 17 deed transfers in total, which is suspicious. Annual taxes presently $10,020.89. Apparently a person by the name of Curtis William Thompson also lives at this address. TR 10999

**Boyfriend:**
- Jeffrey Jerome Rizzo
- DOB June, 1954
- SSN: 078-38-xxxx (if your lawyer needs his SSN, contact me).
- website: http://bandleaderjeff.com. Of note is that Jeff is away from home frequently while Eric stays home to babysit the dogs.
- Evidence suggests that Jeff has not been monogamous.
- He never mentions Eric's name on his website

**Cases Andrist involved:**
*Eric Andrist v. Providence Saint Joseph Medical Center* (5/30/13)
*Eric Andrist v. Boston Market Employees* (10/2000) harassment claim
*Eric Andrist v. Robek's Juice Employees* - harassment claim.
*Jennifer Bonanni v. Eric Andrist* - civil harassment. This is a neighbor. She is worth having a discussion with. 818-434-2464. 12154 Addison St.
*Eric Lynn Andrist v. Classic Remodeling* (case heard 5/5/2017). Andrist and his boyfriend lost the case and ordered to pay $1912.50.
*Eric Andrist v. Sears Robuck* (4/29/2008) - dismissed
Read the introduction on Andrist for other lawsuits he has either been involved in or has attempted to find a lawyer.

## The California Medical Board and Andrist's Fallacy

The topic of physician impairment, physician perpetrated crimes and other instances of physicians going off the rails are highly sensitive, intricate and complex issues. The most common of the issues is substance abuse. At times, physicians engage in criminal activities which may involve patients – including sexual offenses. It is important to realize that every instance is different and must be viewed on a case-by-case basis. Needless to say, crimes based on addiction, crimes based on insurance fraud, and crimes based on sexual offenses are much different from one another.

To deal with these issues, every state has in place a medical board (i.e Medical Board of California, MBC) and a physician's health program (i.e. California Public Protection & Physician Health, Inc., or CPPPH). The MBC is the enforcement arm while the CPPPH provides oversight and treatment for the physician. For each physician case, they work hand-in-glove. The Board counts on detailed input from they CPPPH. Both groups are staffed with experts, are highly professional and competent. There is not a driving force to favor the physician over public interest or visa versa. It is always a balancing of factors.

The process is intricate and complex. There are many variables that are simultaneously in play. It is not a perfect process because perfection is not possible. The composition of the MBC is a

*California licensure board – and strutting out of the meeting with righteous indignation. This is perhaps the epitome of his life's accomplishment – yet he remains a hateful, damaged person. After getting away with his farse, and causing damage to many of us for years, he is feeling safe in his seclusion. This is about to change. Andrist now has skin in his game. He will have to answer to a judge – and his delusional narcissism will work against him.*

## Introduction

**Eric Lynn Andrist** is the person behind this ***defamatory and hateful site***. He has acted with impunity because he publishes this site anonymously. Not any more! He has gone unscathed by his actions. He offers no due process or even-handedness. His history is consistent with being a hateful, mean, vindictive and flawed person. He will be held to account!

In the past, those of us who experience disciplinary and/or legal issues were too consumed to be able to adequately address Mr. Andrist and his disdain towards us. We've experienced shame. We typically had our hands full and would not know where to start in defending ourselves. That now comes to an end. Mr. Andrist ***will be held accountable for his acts***.

<u>*If you would like to participate in having your name removed from this site, please contact me.*</u>

I am in the process of formulating and drafting a number of complaints. The first is a class action involving residents of California. I am looking for those of you who would like to participate. So far, I have 22 people. I would like to recruit as many as possible. The principle of res judicata will preclude bringing a suit once it has been decided, so we will be prepared in California.

Assuming that the California litigation is in state court, we will not be precluded from bringing the case in a different state. Therefore, I will file multiple individual suits for those of you living outside of California. This will force the defendant to defend across multiple jurisdictions.

I will perform all legal tasks. Many have offered to fund this action. I will apply pro hac vice as soon as I'm barred.

If you are interested in having your name removed from this hateful site.

The process is intricate and complex. There are many variables that are simulataneously in play. It is not a perfect process because perfection is not possible. The composition of the MBC is a matter of debate – yet there is no magic formula. Those who serve include physicians, lawyers and lay people. They all serve voluntarily. In general, there is no driving force to favor physicians on one hand, and the public only the other.

All states have some variation on this two-arm model. In California, the CPPPH provides the treatment and monitoring of physicians. They are a highly skilled and professional organization – composed of psychiatrists, addiction specialists, forensic psychologists, lawyers and laypeople. They are suitably funded and sophisticated in structure and function. The issues involved are complex and sensitive.

Often but not always, when the physician has committed a crime based on their substance abuse their path to re-licensure includes extensive treatment and a commitment to hard work. Indeed they can often be successfully treated and may eventually be eligible to return to practice.

Generally speaking, the determination of whether a given physician is safe to resume practice is multi-factorial. The oversight board is charged with this determination and will make recommendations to the medical board.

To be considered for re-licensure, the physician must commit himself to at least a five-year contract. Following acute medical treatment, the initial treatment of an impaired physician always includes an extensive initial evaluation – consisting of a three to six month residential treatment program, forensic evaluations, and comprehensive treatment. Once discharged, they must submit to a comprehensive monitoring and treatment program. Generally, a considerable time period of demonstrated recovery is required.

In all cases, the decision to allow the physician to return to work is complex and is based on long-term monitored treatment and the re-establishing of credibility. It will always involve ongoing oversight, including various methods of drug and alcohol testing. In certain cases, a sex offender may also return to practice - if they commit to treatment and meet certain treatment landmarks over a number of years. They will be permanently and vigorously monitored without wiggle room for failure.

The decision is in the hands of highly qualified and skilled treatment teams. There is no single answer and certainly not necessarily a right answer. It is a complex calculus and is made by people who are qualified to do so. California is no exception. Their oversight arm is the California Physicians Health Program. Membership in their program is no joke. A typical program for a recovering physician is detailed and demanding. (See https://www.cppph.org/wp-content/uploads/2012/05/monitoring-caphp-sucher-monitoring-contract21.pdf and https://www.cppph.org/wp-content/uploads/2012/05/6-pagsampleptagreement20121.pdf)

Almost always when physicians get into trouble, there will be some sort of public showing – typically on the news. This is a horrific and humiliating experience. There are often criminal charges to face in addition to loss of license.

Over time, the physician may be able to mitigate negative social media, thus reducing the previous shame and allowing him to progress forward in life. There will always be a record on the state's website, so patients will have access to the information.

There is no driving force for any of the committees involved to favor physicians or anyone else. These boards are composed of highly skilled professionals. They are not perfect – that is simply not possible. There are no magic number or compositions of the boards. They have a job to do

If you are interested in having your name removed from this hateful site, please contact me. My email address is Ralphcramden53@protonmail.com. Once I receive your email, we will arrange a phone conversation.

In all cases, the causes of action will include defamation, intentional infection of emotional distress and/or negligent infliction of emotional distress and fraud. There are others – but I am not prepared to publically reveal them at this point. I will try to have the tax-exempt status of his organization challenged. He regularly solicits donations with no accountability. Details will be uncovered. I've been in contact with the Medical Board of California. They too have been wrongly defamed and have expressed interest.

The 1st Amendment allows for personal expression – even anonymously. However, it does not permit a person to hide behind the cloak of anonymity and publish hate – even when packaged in disclaimers and puffery. California and New York case-law is clear in that such speech is not protected.

Andrist has indeed garnered notoriety at our expense. He occasionally is interview on local media.

These boards are composed of highly skilled professionals. They are not perfect – that is simply not possible. There are no magic number or compositions of the boards. They have a job to do and they do it quite effectively given the circumstances. They are not the ones who are driving drunk or committing crimes. They are, however, the ones who must respond to it. California in known to have one of the toughest systems in the country. In general, they are regarded as being extremely tough on MDs.

There are additional factors that these boards must consider - issues of due process, fundamental rights, and other legal considerations. Again, the people who make these determinations are highly skilled. The process is not perfect nor could it be.

Andrist has logged thousands of anti-California-medical-board posts. He has never once acknowledged the existence of the CPPPH. He has never made reference to the pain-staking, rigorous process for re-licensure that is administrated by dedicated experts. Instead, he makes accusations of corruption, unfair dealings and bad decisions. His rants are often irrational. He has lobbied for him being a member on the medical board. He has commented that physicians should not be allowed to be re-licensed. He is ill-informed, irrational, and petty. His tirades are unsupported by fact, he is either ill-informed or ignorant of the detailed administrative processes that go into each case. He criticizes the actions of the board without having an understanding of due process or administrative process. He is on a mission of revenge – for the deaths of his sister and mother, his ill-conceived notion that medical negligence was the cause – that the cap on damages denied him his day in court – that the medical board – who turned away his claim, are corrupt. He is completely wrong on all counts. He has successfully twisted his agenda into a cause – under the pre-text of "educating" – he has defamed countless physicians. He has no fundamental knowledge of the underpinnings of the California Medical Board. He doesn't seem to know of the existence of the CPPPH. He has no knowledge of the intricate interplay that between the medical board and the CPPPH. He lacks understanding as to the years of dedication required to become a physician. Indeed, he may or may not even have a high school diploma. He seeks to exact revenge for the deaths of his sister and mother. His mission is to exact revenge on doctors, the medical board, and the lawyers who refused to take his case(s). His causes are no true. Andrist is flawed, troubled and unsophisticated.

# Eric Lynn Andrist - An Overview

Eric Lynn Andrist is a gay male living in California with his co-defendant partner, Jeffrey Jerome Rossi.

## Checking the Facts:

### He is uneducated yet he presents himself as a once *successful actor* who gave up his flourishing "career" to care for his mother and disabled sister.

This is puffery and inaccurate - a self-professed martyr - sacrificing himself to take care of family. All available data shows that he was uneducated and irrelevant then, and remains so. He was never a credible entity in entertainment. Ironically, his boyfriend is quite accomplished.

Had his claim of "fame" been true - had he been a credible entertainer, he would have returned to his "thriving career" once his family members passed away. Instead of show business, he is quoted as follows:

*"After working in the entertainment industry for 20 years, and then as a home caregiver ...I'm embarking on **a new career as a Notary Public** ... I passed my notary exam with 100% ..."*

- a '*career*' as a notary is akin to opening a Kool-Aid stand in the front of one's house.

A career involves the progress and actions (including higher education) taken by a person throughout a lifetime. A career is typically composed of the jobs held, titles earned and work accomplished over a long period of time, rather than just referring to one position. While this sort of exaggeration may seem slight - it builds on the profile of the person behind the defamatory website. The reality is that Andrist does not possess the skills, motivation, or education to embark on a legitimate career.

A forensic psychiatrist, after reviewing a compilation of information has remarked that Andrist's writings and other data are either exaggerated or inaccurate and consistent with a narcissistic personality disorder. His proclamations are seldom supported by evidence, and instead are proferring of one-sided hateful rants - full of non-sequiturs. He demonstrates intolerance and lacks even-handedness. He takes a rigid and uninformed posture on complex issues - yet either lacks or ignores the entirety of the issue. This has been somewhat effective, mainly because he has not been challenged. Part in parcel with a primitive character, he is likely self-deceived to the point that he believes in his falsehoods.

His viewpoints are either black or white. He has a significant social media presence - which is predominantly profferings of his superior moral fiber, his superior worldly view, and is otherwise all about him. He offers unintelligible rants against organized religion and refers to God as a murderer, to the detriment of those who find comfort and hope in faith. His religious discrimination appears deep-rooted and is irrational. He claims to have thoroughly researched "the issues" without reference to or description of his "research" and claims intellectual superiority. All of this will serve our case.

As part of his character pathology, Andrist possesses an irrational sense of entitlement. He belittles many - and stands in judgment of physicians, lawyers, the medical system and the California State Medical Board.

Doctors are human. We make mistakes in our professional lives - which society and the law allows. We also falter at times in our personal lives. Society allows for this as well. If we can recoup from our personal challenges, we are often permitted to re-enter the work-force - stronger and better. Things are as they should be.

On the other hand, Andrist - claims to have attended a two-year community college (unverified) would likely not survive even the first day of medical school. Yet he freely proffers expertise in areas such as MRSA infection and canine dental hygiene. He claims to have been sent home after a hernia repair "only to find that *my 8" surgery was gaping open - I could see into my abdomen.*" (If that were me, I would have taken a picture or two for documentation).

He has gained some notoriety by masquerading as a self-described patient advocate. He gets away with this because he's never been vetted and scrutinized. In other words, he yells the most and loudest and goes unopposed. His self worth is based on the facade of being "an advocate."

His "non-profit" - "The Patient Safety League" is directly linked to his baddoctordatabase blog. This will be helpful to us - as we can link his statements to his database.

His self-described mission is "to educate the public about medical errors...." He does little by way of educating and instead preaches hatred towards the healthcare industry, the medical board, and others. Typically those who educate are educated. Andrist is neither an educated nor does he educate. The tax-free (501C3) status is not justified and is presently be scrutinized and challenged.

In reality, his agenda appears to be motivated by pure hatred, jealousy, and failure in life. He is entirely willing to do all at his command to harm those of us who have experienced human frailty. He packages his product(s) with various disclaimers including "innocent until proven guilty," however, the presentation of each of us is "A Bad Doctor" and he shows us in the most damaging light. This comes as we are facing perhaps the most difficult personal challenges and hardships of our lives.

**The Unfortunate Truth - there are many victims and families of victims of medical malpractice. I've been involved as a consultant in many cases. They are tragic. More often than not the physicians involved are at the extreme in terms of incompetence and often act in a highly reckless manner. They absolutely should be held accountable. The victims and their families deserve to be made whole (to the extent possible). Andrist is NOT even close to being one of these unfortunates. He is NOT a victim.**

**Andrist asserts that his sister was treated negligently**

Aside from personality disorder, his hatred is explained in part from what he opines was poor treatment of his mentally disabled sister. I've reviewed the case and all available evidence. Andrist is wrong. The FACTS are unequivocal - his sister received appropriate medical care.

EXHIBIT J   PAGE 7

In brief, his sister, Cali, presented with a surgical abdomen - most likely secondary to underlying mesenteric ischemia. Given this presentation - we all know that her mortality rate was extremely high - before she entered the hospital doors. Her chance of survival - no matter what treatment she received - was nil. Tragically, her fate was sealed, even before she presented to the hospital - and she passed away.

On presentation, her acute abdomen was recognized - as was her grave prognosis. She was started on double antibiotics and IV fluids. Her vitals, ABGs, and lactate all indicate that she was septic on

presentation. She was resuscitated with fluids, but her vitals remained unstable. She was sent to for a CT, which required double contrast.

Andrist has obsessed with Cali being given Dilaudid for pain control. In fact, Dilaudid is entirely appropriate in this setting. He read someplace that Dilaudid was potent. He doesn't realize that the actual dose is adjusted accordingly and that Dilaudid is the drug of choice in this instance. He claims that Dilaudid and contrast caused her cardiac arrest. Again - his associations are wrong. Neither will cause cardiac arrest. An overdose of an opioid *may* cause respiratory depression. She received 2 mg of Dilaudid - which is an appropriate dose. On the other hand, he complains that she was in pain. In fact, she had a profound high anion gap metabolic acidosis with elevated lactate. Almost assuredly cardiac arrest was secondary to sepsis. All the staff involved acted appropriately.

> <u>Andrist makes the inaccurate claim that oral contrast was contraindicated because Cali had a so-called "twisted gut."</u>

EXHIBIT J   PAGE 8

At the time that she was given the contrast, the only definitive diagnosis was an "acute abdomen." This means that her abdomen was rigid and without bowel sounds. An acute abdomen can be caused by a number of things – and a specific, localizing diagnosis would have to be made in order to treat accordingly. *At this point in time, there was no definitive diagnosis.* Without a definitive diagnosis, it is impossible to claim that oral contrast was contraindicated!

That is the reason to give contrast and obtain a CT. The contrast was NOT contraindicated, because there was no diagnosis. Andrist's statement that oral contrast was contraindicated is a confabulation and is entirely inaccurate. Andrist's reasoning is flawed.

### Andrist makes the irrational statement that the combination of oral contrast and Dilaudid are contraindicated.

This is another bizarre claim, is wrong, and ridiculous. I have no idea where he got this one from – but it has no basis in medical science.

Andrist has obsessed over other instances of so-called malpractice, which were either meaningless events or simple errors. He mixes up medical facts and comes to illogical conclusions. The facts are that staff has documented that he was considered to be disruptive and otherwise difficult as they tried to focus attention on Cali. He has taken his complaints of malpractice to the courts, and the medical board – and they were summarily rejected.

### Multiple malpractice attorneys were solicited by Andrist and turned him down.

After that, **Andrist mistakenly blamed the malpractice cap ($250,000) on economic damages for not being able to retain an attorney**. Again, he's wrong.

He doesn't realize that for any malpractice case, there are multiple additional theories of liability from which to draw – such as hospital vicarious liability, ostensible agency, etc. Perhaps he doesn't realize that many other states have similar caps (i.e. Texas – $250,000 cap). The cap is hardly a limitation on recovery because there are many other available means for recovery in any given medical malpractice case.

EXHIBIT J   PAGE 9

Malpractice attorneys base their decision on whether to accept a case based on the merit of the case. They are extraordinarily skilled at this - they must be or face significant economic loss. They also look at the person bringing the case. A plaintiff who is viewed as a difficult person will almost always force the attorney to reject the case. Here, the case had no merit and Andrist was viewed as someone to avoid. The economic cap was not a factor - it was an excuse to get Andrist out of their office.

The multiple law firms that rejected his case needed a polite way of turning Andrist away. They would likely have given the cap as their rationale for rejecting Andrist's case - *because that was a polite way of turning him away*. The reality is that there are many successful malpractice attorneys in California who continue to thrive - notwithstanding the cap.

If this had been a legitimate wrongful death, any attorney would have seized on this case. If there was a legitimate claim to further money beyond economic damages (which there typically is), you can be sure that the attorney would have pursued it.

Andrist's problem - is not the cap on recovery - but is due to (a) a meritless case, (b) no medical negligence, (c) emotional instability and lability, (d) misplaced anger and hatred, (e) lack of foundational knowledge and education, and (f) a confabulation/misunderstanding of facts.

In the end, Andrist has demanded a pound of flesh from all of those "bad doctors" who treated Cali as well as from the California disciplinary board for not destroying these doctors. He became outraged because no one followed along with his misguided agenda. He is blinded by hatred and has missed the obvious - that Cali was gravely ill, and she was going to die no matter what. The doctors and staff likely recognized the inevitable and proceded accordingly. The very last thing that any compassionate surgeon wants to do is to drag this poor girl through a frivolous surgery in order to appease a family member. It would have prolonged her suffering without an increased chance of survival.

Once again, Andrist has felt "bullied" - and he indeed found a way to exact his pound of flesh. By no coincidence, Andrist claims that his deceased mother was also "a victim of medical malpractice." This was a seemingly vibrant woman who lived until a ripe 82 and who was gravely ill. Andrist i

Once Cali passed away, Andrist solicited multiple malpractice attorneys - and was turned away. He ultimately found The Dolan Group to mercifully take his case. **In the end, and predictably, Andrist had publicly disparaging words for this attorney** - a firm that negotiated a reasonable settlement. The hospital paid "go away" money, and Andrist was fortunate to get that.

Mr. Andrist is quoted as wanting to take the case to a jury - not realizing that any case that reaches a jury has an 86-90% odds of losing the case, even when there is strong evidence of medical negligence (which there was not in this case). My guess is that he wanted a chance to bring his cherubic, effeminate yet self-proclaimed brilliant theatrics before a jury - with the misguided thought that his performance would somehow be persuasive. In the end, the tragic death of his sister became all about him and his histrionics. Once again, Andrist felt bullied and powerless.

## Mr. Andrist's outrage by the $250,000 cap on malpractice economic damages is misplaced.

He views the cap as the cause, instead of an excuse used attorneys to politely get him out of their office. The truth can be had from the data - a look at case law gives perspective - there are many cases involving legitimate wrongful death and medical negligence in California. They almost always end in sizeable settlements.

Andrist has made the following rants (notice the deception):

*"California's MICRA law valued [Cali's] life at just $250,000."*

Not true - this was the excuse that lawyers used to get Andrist out of their office.

Here's another (note that Andrist has posted hundreds of similar statements over years):

*"THE MEDICAL INJURY COMPENSATION REFORM ACT OF 1975 HAS DESTROYED THE ABILITY OF LARGE SEGMENTS OF CALIFORNIA PATIENTS TO FILE MALPRACTICE LAWSUITS.*

EXHIBIT J   PAGE 11

Categorically false – the medical malpractice industry is thriving in California. Andrist's position is misinformed. In fact, this issue is a complex one – a function of not only the damage cap but also insurance premiums for physicians, the cost of insurance for patients and politics. It is complex and intricate. Characteristically, Andrist's posture is rigid, incomplete and ill-informed.

In the end, Andrist has axes to grind (1) with the hospital that provided appropriate and compassionate care to his sister (and probably his mother); (2) the California Licensure Board because they summarily dismissed his rantings; (3) the cap on medical malpractice claims in California – as he blames this for his case being turned away; and (4) the "greedy" lawyers.

In keeping with his character pathology, Andrist's clashes with the legal system are numerous. Ultimately he tried to sue the California licensure board but couldn't find an attorney to represent him.

In additiona to those which I document, He was also unsuccessful in finding an attorney to handle another alleged medical negligence case involving his abdominal hernia repair.



**ANDRIST – CO-DEFENDANT**
**NOT TRUE**
**YOUR CASES HAD NO MERIT!**



**JEFF RIZZO – BOYFRIED AND CO-DEFENDANT**

## Andrist Notable Quotes
(While reading, draw your own conclusions and keep in mind that these comments are fair game for our case-in-chief)

"you can get MRSA from pets if you have it" really?

"Unfortunately, we can't live in the olden days where we trusted doctors and put them on pedestals, we have to … watch everything they say and do." there's no bias or prejudgment here, only even-handed comments from a rational and stable person!

"This after the Medical Board of California closed my complaint without any investigation whatsoever." That's because the case lacked merit!

"costs so much money to have the dog's teeth cleaned. You'd think there would be something, like teflon that would repel it!" this is the person attacking us!

"I'm so tired of people saying they are pro-life by faith when God himself murdered MILLIONS of live people" he learned this while attending University (not)!

"We recently discovered at the last Medical Board of California meeting, that one of their own "experts" was corrupt."

"In another life, my mom would have been a model or movie star. I fear she got swallowed up into a life she didn't anticipate. If she hadn't died from medical errors, she'd be right here on the front line with me!" she would have been 96 at this point – in fact, she died at 82 from illness and because she was elderly!

"The current board members were taking photos of each other and one of them walked up to get a photo of the table I was manning and asked me to step aside so I wouldn't be in the photo. When I commented on it, with some other helpful suggestions this morning, they deleted my comment." I wonder why!

"Had a problem at the Neighborhood Council Valley Village meeting last night when I found them once again ignoring the Brown Act and Robert's Rules of Order. When I tried to present the issue to President Tony Braswell, he wasn't having it, so I've filed a grievance." Once again I didn't get my way!

"Most patients don't know that Kaiser forces everyone to sign arbitration agreements, so if anything goes wrong, you've signed away your constitutional right to a jury trial." another insightful tidbit he learned while being educated at University! NOT!



This is on the front of *"The Patient Safety League"* website.

This is what Andrist wants of us!

*"The Medical Board of California PR guy, Carlos Villatorro mansplaining how victims and their families have a right to their feelings. Don't you love when egotistical people inject themselves into a conversation where they don't belong"* **Doesn't this sound like the pot calling the kettle ...**

*"My mom's birthday was Christmas Eve and she would have been 98 today. She probably would have still been out mowing her own lawn if Providence St. Joseph Medical Center in Burbank, CA, hadn't killed her with sepsis 15 years ago now."* **How do you kill someone with sepsis?**

*"It's the scientists that come up with the healing treatments and the doctors that provide it that should be getting the credit, not the "lord."*

*It's that very "lord" that allows him to be in that predicament in the first place, so why would someone pray to them? Why would someone have to ask for someone to be made well? Shouldn't the "lord" be doing that without having to be asked????"* **WOW – words of wisdom**

*"I think I'm an enigma to a lot of people."* **OMG – You are also humble, intelligent, and compassionate. You emanate love, truth, and wisdom.**

*"What the hell does "under god" mean anyway? Under his oppression?"* **Brilliant!**

*"If you let your dog lick your face or hands or a wound on your body, you're risking getting a severe infection that could leave you without arms and legs."* **These are the words of the person attacking us!**

*"I don't put anything online that I don't expect to be disseminated to the world."* **Until now, nobody cares.**

*"I usually try not to give this day any power, but it just crossed my mind out of the blue. It's the 6th anniversary of the day my sister was killed at Providence St. Joseph Medical Center in Burbank, the same hospital where our mom died of hospital-acquired sepsis, the same hospital where actress Alicia Cole contracted flesh eating disease and nearly died and where John Ritter died after heart surgery."* **Fair, balanced and accurate. This doesn't sound hateful!**

*"I wonder how many kids in school will feel terrible about themselves when they don't get valentines from all of their classmates. (Yes, I was one of those kids.)*

*a holiday created, again by Catholics to appease pagan celebration of Lupercalia...just like Christmas."* **How sad!**

*"Had surgery on 11/7 to fix two other failed hernia surgeries. That came to $70,773. I paid my copays while I was at the hospital, ry for that surgery.*
*They sent me home only to find that my 8" abdominal surgery site was gaping open...I could see into my abdomen."* **Really? gaping open? The BS meter is dinging!**



# Drop Me a Line, Let Me Know What You Think

© 2023 by Train of Thoughts. Proudly created with Wix.com