# Exhibit K

From:    info@myLicense.com

Sent:    Wednesday, July 15, 2020 11:16 AM

To:    RIcomplaint@systemautomation.com

Subject:[EXTERNAL] : Complaint letter

Web Complaint Form

RESPONDENT

Full Name:  JOSEPH FRANK GRILLO

License No.:  CMD11095

Profession: Physician

License Type: CSR-Allopathic Physician (MD)

COMPLAINANT

Affected Person's Full Name: Eric Andrist

Affected Person's DOB:

Address: 12155 Morrison Street Valley Village CA 91607

Phone: 818-769-5010

Fax:

Email: e.andrist@4patientsafety.org

Complainant's Full Name:

Address:

Phone:

Fax:

Email:

COMPLAINT

I am a patient safety advocate in California and the co-founder of The Patient Safety League (www.4patientsafety.org [4patientsafety.org]). Starting around 2014, I began publishing a blog that collected news stories about doctors who got themselves into trouble. One of those doctors was Joseph Grillo who was drunk and drove his automobile into a liquor store and then tried to steal. My blog post about him went up around November of 2014. In February of this year, 2020, Grillo started sending me threatening emails regarding the blog post. He says he had been contacting a large number of doctors in my blog and rallying them together to all file a class action lawsuit against me. He fabricated a website and started investigating both me and my partner (who has nothing to do with this) and posting slanderous and homophobic content about us. He threatened to "overlay" information on MY website exposing all this slanderous and homophobic information to the public. The threats included statements like, "...I assure you that you do not fully realize what will be coming your way." "There will be commitments made to others that I will be required to follow up. Even so, once the process begins, you [sic] name and biography will be exposed." (the "biography that he concocted.) "I've attached a web page that my programmer informs me will overlay on your Tumblr site....what I'm sending to you is an old version-the updated page(s) are refined and contain significantly more information." "I can inform you also that we have in the works the plan to conduct a deliberate marketing campaign that will be relentless." "...there are six other separate but deliberate avenues that we will pursue." "I will take it to the end." As I see it, just those few statements include the crimes of intimidation, hacking, extortion and defamation. The information he sent me clearly outline homophobic hate crimes. He also published information copied from my blog which constitutes copyright infringement. After some back and forth

with him, and informing him that while posting public information is not illegal and that the statute of limitations in California is 1 year, I told him I would take the post down for 4 months while he attempts to look for a job. He claimed no one would hire him with the post online. It was around that same time that I looked him up on your website and saw that he was trying to get his medical license reinstated. I wrote back to him and told him that changes what I was offering him. I told him that if he indeed got his license back, the blog post would go back up and I would inform the Rhode Island Board of his threats. The 4 months have passed and he is once again threatening me even though HE broke the terms of our deal. I see, too, that he has indeed gotten his license back and is on probation. This man is dangerous and should not have a medical license. I can send you other documents, but I don't see any way to attach them here.