# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH GRILLO, *pro se* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 2020-CV-0417-JJM-PAS |
| | : | (R.I. Superior Court C.A. PC-2020-5326) |
| ERIC LYNN ANDRIST, | : | |
| | : | |
| Defendant | : | |

## ASSENT

Defendant Eric Lynn Andrist assents to the Motion filed by Plaintiff (CM/ECF #8) for an extension of time, until October 23, 2020, to respond to the pending Counterclaim and Motion to Dismiss, Stay and Award Damages and Attorney's Fees..

    Respectfully submitted,

    Defendant Eric Lynn Andrist

    By his attorney,

    /s/ Samuel D. Zurier
    Samuel D. Zurier (#3576)
    55 Dorrance Street, Suite 400
    Providence, Rhode Island 02903
    (401) 861-0200; (401) 861-2922 (fax)
    sdz@zurierlaw.com

October 5, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2020, I served a copy of this Motion through the Court's CM/ECF system and electronic mail upon Plaintiff at the following address:

    Joseph Grillo
    73 Primrose Hill Road
    Barrington, RI 02806
    jfgrillo@gmail.com

    /s/ Samuel D. Zurier

U:\Andrist\Drafts\Andrist 10-5-20 Assent.wpd