UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH GRILLO, *pro se* : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 2020-CV-0417-JJM-PAS |
| : | (R.I. Superior Court C.A. PC-2020-5326) |
| ERIC LYNN ANDRIST, : | |
| : | |
| Defendant : | |

**DEFENDANT'S MEMORANDUM
IN SUPPORT OF MOTION FOR ENTRY OF A DEFAULT**

Defendant submits this Memorandum in support of his Motion, pursuant to Fed.R.Civ.P. 55(a), requesting that the Clerk enter a default against Plaintiff with respect to the Counterclaim filed in this action (CM/ECF 4).

Rule 55(a) calls for the Clerk to enter a default when a party has failed to plead or otherwise defend. Defendant filed the Counterclaim on September 25, 2020. CM/ECF 4. Plaintiff's deadline for responding to the Counterclaim expired on October 16, 2020. Fed.R.Civ.P. 12(a)(1)(B). In an October 5, 2020 text order, the Court granted Plaintiff's assented-to motion to extend the response date to October 23. Today is October 27, and no responsive pleading has been filed.[1]

For these reasons, Defendant respectfully requests that the Clerk enter a default with regard to the Counterclaim filed in this matter.

---

[1] The Court may take judicial notice of its own docket to confirm these facts. Fed.R.Ev. 201(b).

Respectfully submitted,

Defendant Eric Lynn Andrist

By his attorney,

/s/ Samuel D. Zurier
Samuel D. Zurier (#3576)
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 861-0200; (401) 861-2922 (fax)
sdz@zurierlaw.com

October 27, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2020, I served a copy of this Motion for Entry of Default through the Court's CM/ECF system and by first class mail, postage prepaid, upon Plaintiff at the following address:

Joseph Grillo
73 Primrose Hill Road
Barrington, RI 02806

/s/ Samuel D. Zurier

U:\Andrist\Drafts\MemorandumISO Motion for Entry of a Default.wpd