## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH GRILLO, *pro se* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 2020-CV-0417-JJM-PAS |
| | : | (R.I. Superior Court C.A. PC-2020-5326) |
| ERIC LYNN ANDRIST, | : | |
| | : | |
| Defendant | : | |

## ASSENTED-TO MOTION
## FOR ENTRY OF CONSENT JUDGMENT

Defendant Eric Lynn Andrist, with the assent of Plaintiff Joseph Grillo, *pro se*, moves the Court to enter a consent judgment in this action in the form attached as Exhibit A, subject to the Court's review and approval.

Respectfully submitted,

Defendant Eric Lynn Andrist

By his attorney,

/s/ Samuel D. Zurier
Samuel D. Zurier (#3576)
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 861-0200; (401) 861-2922 (fax)
sdz@zurierlaw.com

December 4, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2020, I served a copy of this Motion through the Court's CM/ECF system and electronic mail upon Plaintiff at the following address:

jfgrillo1@gmail.com

/s/ Samuel D. Zurier

U:\Andrist\Settlement\Assented to  Motion for Entry of Consent Judgment.wpd