# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOSEPH GRILLO, *pro se*          :
                                 :
    Plaintiff,              :
                                 :
v.                               :     C.A. No. 2020-CV-0417-JJM-PAS
                                 :     (R.I. Superior Court C.A. PC-2020-5326)
ERIC LYNN ANDRIST,               :
                                 :
    Defendant               :

## CONSENT JUDGMENT AND DECREE

1. Whereas the Plaintiff, Joseph Grillo, M.D., brought an action against the Defendant, Eric Lynn Andrist, for defamation and related tort claims arising from entries concerning Plaintiff posted on a website currently maintained by the Patient Safety League which compiles information related to the disciplinary records of licensed physicians, and

2. Whereas the Defendant filed a counterclaim and a motion for relief under R.I.G.L. §9-33-2, asserting that the website's posting and his other actions were subject to protection as qualified free speech regarding a matter of public concern,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT

1. The actions taken by Mr. Andrist, as described in the Amended Complaint filed in this action, qualify as free speech on a matter of public concern protected by the First Amendment of the Constitution of the United States;

2. The actions taken by Mr. Andrist, as described in the Amended Complaint filed in this action, are conditionally immune from civil claims as provided by R.I.G.L. §9-33-2.

3. The entries on the Patient Safety League website concerning physicians' disciplinary records are examples of free speech on a matter of public concern subject to the protections of the First Amendment of the Constitution of the United States and to the protections of R.I.G.L. §9-33-2.

4. Judgment shall enter in favor of Defendant Eric Lynn Andrist on all claims set forth in the Amended Complaint and the Counterclaim.

5. Each party will bear its own attorney's fees and costs.


Entered as the Judgment of this Court this  4th  day of  December , 2020.

_____
John J. McConnell
UNITED STATES DISTRICT JUDGE

 December 4, 2020 
Date

Providence, Rhode Island

The parties consent to the entry of the above Judgment.

Plaintiff Joseph F. Grillo, *pro se*    Defendant Eric Lynn Andrist

By his attorney,

*/s/ Joseph Grillo*

Joseph F. Grillo
73 Primrose Hill Road
Barrington, RI 02805

*/s/ Samuel D. Zurier*

Samuel D. Zurier (#3576)
55 Dorrance St., Suite 400
Providence, RI 02903
(401) 861-0200 (v)
(401) 861-2922 (f)
sdz@zurierlaw.com

Date: 11/28/2020

Date: 12/3/20

3